## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **DAYS INNS WORLDWIDE, INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**PLATINUM HOSPITALITY GROUP, LLC,** *et al.*,<br><br>    **Defendants.** | Civ. No. 10-6454 (WJM)<br><br><br>**ORDER** |

A Report and Recommendation was filed on September 20, 2011 recommending that Defendants' answer be stricken and default entered.  The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 6th day of October 2011, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Defendants' answer be stricken; and it is further

**ORDERED** that default be entered against Defendants.

_____/s/ William J. Martini_____
**WILLIAM J. MARTINI, U.S.D.J.**

cc:   The Hon. Mark Falk, U.S.M.J.